**IN THE UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**EMANUAL VANCE**                                                                                    **PLAINTIFF**

**v.**                                     **2:05CV00316-WRW**

**RICHARD YOUNG, in his individual**
**capacity as former Superintendent of**
**the Brinkley Public Schools; BRINKLEY**
**PUBLIC SCHOOLS; RANDY BYRD, in**
**his official capacity as Superintendent of the**
**Brinkley Public Schools; and RANDOLPH**
**CANNON, in his individual and official capacities**
**as Principal of Brinkley High School**                                         **DEFENDANTS**

**ORDER**

　　　　Pending is Plaintiff Emanual Vance's Motion to Compel Discovery[1] that was served

in July 2006 on Defendants Brinkley Public Schools, Randy Byrd, and Randy Cannon.

Attached to the Motion are the unanswered Requests for Production and a letter written on

October 18, 2006 asking for a response.  Defendant has not responded to the Motion.

　　　　Plaintiff's Motion is GRANTED.  The Defendants named above must fully respond

to the discovery by 5:00 p.m on December 29, 2006.

　　　　IT IS SO ORDERED this 19th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1]Doc.  No.  9.