IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EMANUAL VANCE                                                                                              PLAINTIFF

v.                                              2:05CV00316-WRW

RICHARD YOUNG, in his individual
capacity as former Superintendent of
the Brinkley Public Schools; BRINKLEY
PUBLIC SCHOOLS; RANDY BYRD, in
his official capacity as Superintendent of the
Brinkley Public Schools; and RANDOLPH
CANNON, in his individual and official capacities
as Principal of Brinkley High School                                                      DEFENDANTS

## ORDER

Pending is Defendant Richard Young's Motion for Summary Judgment.[1]  Plaintiff responded by filing a Motion to Amend his Complaint.[2]  Plaintiff is asking to amend so that he can cure a defect in his complaint, by alleging a violation of 42 U.S.C. § 1983.  Defendant responded and contended that the motion is untimely.[3]

Defendant moved for summary judgment because Plaintiff's complaint failed to allege a § 1983 violation against Defendant who is being sued as a state actor.  Instead of citing 42 U.S.C. § 1983, Plaintiff based his complaint on 42 U.S.C. § 1981.  In his motion, Plaintiff concedes his mistake and admits that the complaint should allege a § 1983 violation.

---

[1] Doc. No. 11.

[2] Doc. No. 17.

[3] Doc. No. 18.

A pretrial motion for leave to amend a complaint is to be liberally granted. Under the liberal amendment policy of Rule 15(a) of the Federal Rules of Civil Procedure, "leave shall be freely given" by the court. The Eighth Circuit has added that "absent a good reason for denial–such as undue delay, bad faith or dilatory motive, *repeated* failure to cure deficiencies by amendments previously allowed, undue prejudice to the nonmoving party, or futility of amendment–leave to amend should be granted."[4] Different considerations apply to motions to amend that are filed after the complaint is already dismissed.[5]

This complaint has not been dismissed, and this is Plaintiff's first attempt to amend in order to cure his complaint's deficiencies. Based on the above, and for good cause shown, Plaintiff's Motion to Amend is GRANTED. Plaintiff must filed his Amended Complaint no later than 5:00 p.m. on February 13, 2007. Defendant's Motion for Summary Judgement is DISMISSED without prejudice to re-file after he has answered the Amended Complaint.

The trial date of March 12, 2007 is cancelled and a new scheduling order will be issued forthwith.

IT IS SO ORDERED this 7th day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[4] *Thompson-El v. Jones*, 876 F.2d 66, 67 (8th Cir. 1989) (emphasis added).

[5] *Dorn v. State Bank of Stella*, 767 F.2d 442, 443 (8th Cir. 1985).