**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 10, 2008**
**Letter-Order**

Mr. John W. Walker
Mr. Shawn Childs
John W. Walker, P.A.
1723 Broadway
Little Rock, AR 72206-1220

Mr. William Clay Brazil
Brazil, Adlong & Winningham, PLC
1315 Main Street
Conway, AR 72034

Mr. W. Paul Blume
Attorney at Law
808 Martin Luther King Drive
Little Rock, AR 72202-3631

   Re: *Vance v. Young, et al*, 2:05-CV-00316 -- Notice of Bankruptcy and Motion for Stay (Doc. No. 46)

Dear Counsel:

Since Defendant Richard Young has apparently gone into bankruptcy, I assume that this case is automatically stayed as to him only; and the case can go to trial against the other Defendants.

If any counsel thinks I am in error on the above point, please advise me immediately.

Meanwhile, full speed ahead for trial with respect to Plaintiff and non-bankruptcy Defendants.[1]

            Cordially,

            /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court

---

[1] Defendant Young's Notice of Bankruptcy and Motion for Stay (Doc. No. 46) is GRANTED to the extent that the case is stayed against Defendant Young only.