## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**EMANUAL VANCE**                                                                                       **PLAINTIFF**

**V.**                              **2:05-CV-00316-WRW**

**RICHARD YOUNG, et. al.**                                                              **DEFENDANTS**

### ORDER

Defendant Richard Young's unopposed[1] Motion to Dismiss is GRANTED. Accordingly, Defendant Richard Young is DISMISSED.

IT IS SO ORDERED this 15th day of September, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] See Doc. No. 52.

1