## VERDICT FORM

On the race discrimination claim of Emanaul Vance, as submitted in Instruction 5, we find if favor of (please mark only one):

Plaintiff Emanual Vance __✓__

-OR-

Defendant Randy Cannon_____

> **Note:** Complete the following paragraphs only if the above finding is in favor of Plaintiff. If the above finding is in favor of Defendant, have the Presiding Juror sign and date this form because you have completed your deliberation on this claim.

We find Plaintiff Emanual Vance's lost wages through the date of this verdict to be:

$ __none__ (stating the amount or, if none, write the word "none").

We find that Plaintiff Emanual Vance should be compensated for withdrawing money from his teacher's retirement account in the following amount:

$ __none__ (stating the amount or, if none, write the word "none").

We find that Plaintiff Emanual Vance should be compensated for mental anguish, distress, humiliation, and embarassment in the following amount:

$ __none__ (stating the amount or, if none, write the word "none").

We assess punitive damages against Defendant Randy Cannon, as submitted in Instruction 7, as follows:

$ __none__ (stating the amount or, if none, write the word "none").

_Kenneth Layton_
Presiding Juror

Dated: __09/25/08__

12

## VERDICT FORM

On the race discrimination claim of Emanaul Vance, as submitted in Instruction 8, we find if favor of (please mark only one):

Plaintiff Emanual Vance __✓__

-OR-

Defendant Brinkley Public Schools _____

> **Note:** Complete the following paragraphs only if the above finding is in favor of Plaintiff. If the above finding is in favor of Defendant, have the Presiding Juror sign and date this form because you have completed your deliberation on this claim.

We find Plaintiff Emanual Vance's lost wages through the date of this verdict to be:

$ __67000.00__ (stating the amount or, if none, write the word "none").

We find that Plaintiff Emanual Vance should be compensated for withdrawing money from his teacher's retirement account in the following amount:

$ __23492.75__ (stating the amount or, if none, write the word "none").

We find that Plaintiff Emanual Vance should be compensated for mental anguish, distress, humiliation, and embarassment in the following amount:

$ __30,000__ (stating the amount or, if none, write the word "none").

_Kenneth Layton_
Presiding Juror

Dated: __09/25/08__

13