```
           IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    EASTERN DIVISION
```

EMANUAL VANCE                                              PLAINTIFF

     vs.                    2:05CV00316-WRW

BRINKLEY PUBLIC SCHOOLS; BETTY McGRUDER,
in her official capacity as Superintendent
of the Brinkley Public Schools;
RANDOLPH CANNON, in his individual and
official capacities as Principal
of Brinkley High School                                    DEFENDANTS

<u>JUDGMENT ON JURY VERDICT</u>

     This action came on for trial September 23, 2008, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge presiding.  At the beginning of the trial, the defendants made an oral motion to substitute Superintendent Betty McGruder as a defendant in place of the former Superintendent, Randy Byrd; the motion was GRANTED.  The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on September 25, 2008, in favor of the plaintiff.

     IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Emanual Vance, have and recover from the defendant, Brinkley Public Schools, the total sum of One Hundred Twenty Thousand Four Hundred Ninety-two and 75/100 dollars ($120,492.75) together with interest from the date of judgment until paid at the rate of 1.69% per annum as provided by law.

IT IS SO ORDERED this 26th day of September, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE