**IN THE UNITED STATES DISTRICT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**EMANUEL VANCE**                                                             **PLAINTIFF**

vs.                              **No. 2:05 CV 316 WRW**

**BRINKLEY SCHOOL DISTRICT,** *et al.*                            **DEFENDANTS**

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION FOR ATTORNEYS' FEES AND COSTS**

Come now the Defendants, and, for their Response to the Plaintiff's Motion for Attorneys' Fees and Costs, state as follows:

1. The Plaintiff has not established a market rate for attorneys with similar experience in the relevant market area.

2. The Plaintiff is seeking an award of fees and costs for matters which are not compensable.

3. Some of the entries for time claimed are insufficiently detailed to allow a legitimate analysis of the entries; and there are entries which indicate duplication of effort of the attorneys for the Plaintiff.

WHEREFORE, Plaintiff's Motion for Attorneys' Fees and Costs should be denied in whole or, in the alternative, significantly reduced.

Respectfully submitted,

/s/ W. Paul Blume

_____
W. PAUL BLUME          No. 79018
808 Martin Luther King Drive
Little Rock, Arkansas 72202
(501) 375-7922

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Response was filed through the CM/ECF system of the Court and that a copy will be forwarded to Mr. Shawn Childs, attorney for the Plaintiff, via electronic means this 14th day of November, 2008.

/s/ W. Paul Blume

_____
W. PAUL BLUME