**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**EMANUAL VANCE**                                                                                              **PLAINTIFF**

vs.                                          **2:05-CV-00316-WRW**

**BRINKLEY PUBLIC SCHOOLS,** *et al*.                                                        **DEFENDANTS**

**ORDER**

I am prepared to rule on the attorney fees/expense issues with one exception -- Mr. Walker's claim for $400 an hour.

Without doubt Mr. Walker is a skilled lawyer in the civil rights field, and has been immersed in this type of litigation for many years.

On the other hand, $400 per hour is more than I can recall awarding in any case (although I seem to recall that there was an agreed-on hourly rate of about this amount several years ago).

I am inclined to award $325 an hour, but I will give Mr. Walker ten days from the date of this order (until noon, Friday, December 19, 2008) to submit additional evidence supporting his claim for $400.

I have not been "put out in the fleet" for more than 15 years and may not be up to date as to what hourly rates lawyers are receiving nowadays. I recall being awarded $25 an hour in a successful civil rights case because this is what the judge had earned several years earlier when he was an insurance defense lawyer.

If I am behind the times, I welcome the opportunity to be brought up to date on this point. Information as to what other judges are awarding for Mr. Walker and other lawyers who do this type of work would be helpful.

IT IS SO ORDERED this 10th day of December, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE